Submitted June 18, reversed and remanded July 17, 2013

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

GUADALUPE OCHOA,
*Defendant-Appellant.*

Washington County Circuit Court
D110331M; A149975

306 P3d 797

Peter Gartlan, Chief Defender, and Andrew D. Robinson, Deputy Public Defender, Office of Public Defense Services, filed the brief for appellant.

Ellen F. Rosenblum, Attorney General, Anna M. Joyce, Solicitor General, and Rebecca M. Johansen, Assistant Attorney General, filed the brief for respondent.

Before Ortega, Presiding Judge, and Sercombe, Judge, and Hadlock, Judge.

PER CURIAM

**PER CURIAM**

Defendant appeals his conviction for driving under the influence of intoxicants, ORS 813.010, raising two assignments of error. We reject defendant's first assignment of error without discussion and write only to address his second assignment of error, in which he asserts that the trial court erred in admitting "medical records including a lab report of defendant's [blood alcohol content]" over his hearsay objection. In particular, he asserts that, although medical records may, in appropriate circumstances, be admitted under an exception to the hearsay rule, here, "the state did not establish a foundation for the admission of the records under a hearsay exception." *See* OEC 802 (hearsay is not admissible unless an exception applies). The state concedes that "the medical records constituted hearsay and that the state failed to demonstrate that the records fell within a hearsay exception" and that the case must be reversed and remanded for a new trial. We agree and accept the state's concession.

Reversed and remanded.